AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, George R. | 2. Court or Organization<br><br>U. S. District Court, SC | 3. Date of Report<br><br>5/8/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Post Office Box 2147<br>Anderson, SC 29622 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus: Board of Regents (formerly Foundation Council) | Anderson University |
| 2. | Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3. | Honorary Member: Board of Directors | Anderson Area YMCA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | 11/30/2012 - 12/1/2012 | Atlanta, GA | Speaker | 1 Night's Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | M | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 3. THE TORONTO- DOMINION BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. PARK STERLING BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 6. BANK OF ANDERSON ACCOUNTS | | | | | Merged (with line 7) | 04/12/12 | | | |
| 7. SCBT FINANCIAL CORPORATION ACCOUNTS | A | Interest | K | T | | | | | |
| 8. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. PEOPLES BANCORPORATION, INC. COMMON STOCK | | | | | Merged (with line 10) | 4/12/12 | | | |
| 10. SCBT FINANCIAL CORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | | | Redeemed | 11/01/12 | K | | |
| 13. MSSB IRA #1 | A | Dividend | K | T | | | | | |
| 14. - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |
| 15. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND | | | | | | | | | |
| 16. MSSB IRA #2 | A | Dividend | J | T | | | | | |
| 17. - MSSB FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND | | | | | | | | | |
| 19. MANDATORY IRA DISTRIBUTION: MSSB IRA #1 | B | Distribution | | | Distributed | 12/21/12 | J | | Note 1, VIII |
| 20. MANDATORY IRA DISTRIBUTION: MSSB IRA #2 | A | Distribution | | | Distributed | 12/21/12 | J | | Note 2, VIII |
| 21. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 22. GREEVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | | | Redeemed | 06/07/12 | M | | |
| 23. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | B | Interest | | | Redeemed | 06/07/12 | L | | |
| 24. BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | B | Interest | | | Redeemed | 03/01/12 | L | | |
| 25. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | | | Redeemed | 04/16/12 | M | | |
| 26. SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125%) | D | Interest | | | Redeemed | 01/03/12 | N | | |
| 27. SC PUB SVC AUTH SANTEE COOPER BOND (5.125%) | D | Interest | | | Redeemed | 01/03/12 | M | | |
| 28. INVESCO VAN KAMPEN COMSTOCK A MUTUAL FUND | B | Divided | L | T | | | | | Note 3, VIII |
| 29. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | | | Redeemed | 12/03/12 | M | | |
| 30. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | | | Redeemed | 12/03/12 | M | | |
| 31. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | | | Redeemed | 10/01/12 | L | | |
| 32. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | B | Interest | | | Redeemed (part) | 04/16/12 | K | | |
| 33. | | | | | Redeemed | 07/19/12 | J | | |
| 34. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | | | Redeemed | 12/03/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 36. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | B | Interest | | | Redeemed | 07/19/12 | K | | |
| 37. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | | | Redeemed | 07/19/12 | L | | |
| 38. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | B | Interest | K | T | | | | | |
| 39. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 40. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 41. SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125) | A | Interest | | | Redeemed | 01/03/12 | K | | |
| 42. COLLEGE OF CHARLESTON BOND (5%) | B | Interest | | | Redeemed | 04/02/12 | L | | |
| 43. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 44. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | | | Redeemed | 12/03/12 | L | | |
| 45. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 46. MEDICAL UNIVERSITY SC HOSPITAL BOND (5.00%) | C | Interest | L | T | Redeemed (part) | 02/15/12 | J | | |
| 47. EASLEY SC UTILITY REV. BOND (4.50%) | C | Interest | L | T | | | | | |
| 48. UNIVERSITY OF SC BOND (4.25%) | C | Interest | L | T | | | | | |
| 49. UNIVERSITY OF SC BOND (4.25%) | D | Interest | M | T | | | | | |
| 50. ANDERSON CO. MUN. WATER & SEWER BOND (5.00%) | A | Interest | | | Redeemed | 07/16/12 | J | | |
| 51. COLUMBIA, SC WATER & SEWER BOND (5.00%) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SC JOBS ECON. DEV. AUTH. BOND (4.50%) | D | Interest | M | T | | | | | |
| 53. DORCHESTER CO. COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |
| 54. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |
| 55. SC PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 56. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 57. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 58. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 59. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 60. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |
| 61. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | |
| 62. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 63. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 64. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | C | Interest | L | T | | | | | |
| 65. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | D | Interest | M | T | | | | | |
| 66. SC JOBS ECONOMIC DEV. HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 67. COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | E | Interest | N | T | | | | | |
| 68. MORGAN STANLEY BANK MONEY MARKET ACCOUNT #1 | A | Interest | J | T | | | | | Note 4, VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. BERKELEY CO. SC SCHOOL DISTRICT BOND (4.75%) | D | Interest | M | T | | | | | |
| 70. SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | K | T | | | | | |
| 71. SCAGO EDUCATION FACILITY SCHOOL BOND (4.375%) | B | Interest | K | T | | | | | |
| 72. ANDERSON SC WATER & SEWER BOND 5% | C | Interest | L | T | | | | | |
| 73. CHARLESTON EDUCATIONAL REV. BOND 5% | C | Interest | L | T | | | | | |
| 74. SC STATE PUBLIC SERVICE AUTH. SANTEE COOPER BOND 5% | B | Interest | K | T | | | | | |
| 75. MYRTLE BEACH SC HOSPITALITY BOND 5% | C | Interest | L | T | | | | | |
| 76. SCAGO EDUCATIONAL FACS. SCHOOL BOND 4.5% | D | Interest | M | T | | | | | |
| 77. SC STATE PUBLIC SERVICE AUTH. SANTEE COOPER BOND 4.75% | C | Interest | L | T | | | | | |
| 78. SCAGO EDUCATIONAL FACS. SCHOOL BOND 4.5% | D | Interest | M | T | | | | | |
| 79. SUMTER SC WATER & SEWER BOND 4.50% | D | Interest | M | T | Buy | 01/06/12 | M | | |
| 80. LEXINGTON SC HOSPITAL BOND 5.00% | E | Interest | N | T | Buy | 01/17/12 | N | | |
| 81. HORRY CO. SCHOOL BOND 4.50% | B | Interest | M | T | Buy | 03/19/12 | M | | |
| 82. SCPSA SANTEE COOPER BOND 5.00% | D | Interest | N | T | Buy | 05/03/12 | N | | |
| 83. SPARTANBURG CO. SC HOSPITAL BOND 5.00% | D | Interest | N | T | Buy | 07/19/12 | N | | |
| 84. CHARLESTON SC STORMWATER BOND 4.50% | | None | M | T | Buy | 08/03/12 | M | | |
| 85. MORGAN STANLEY BANK MONEY MARKET ACCOUNT #2 | A | Interest | O | T | Open | 11/16/12 | M | | Note 5, VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BLACKROCK EQUITY DIVIDEND MUTUAL FUND | A | Dividend | K | T | Buy | 11/30/12 | K | | |
| 87. EAGLE SMALL CAP GROWTH A MUTUAL FUND | | None | J | T | Buy | 11/30/12 | J | | |
| 88. FEDERATED ULTRA SHORT BD IS MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 89. IVY HIGH INCOME I MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 90. IVY MID CAP GROWTH I MUTUAL FUND | | None | J | T | Buy | 11/30/12 | J | | |
| 91. JP MORGAN LARGE CAP GROWTH A MUTUAL FUND | A | Dividend | K | T | Buy | 11/30/12 | K | | |
| 92. JP MORGAN MID CAP VALUE S MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 93. METROPOLITAN WEST TOT RET BD I MUTUAL FUND | A | Dividend | K | T | Buy | 11/30/12 | K | | |
| 94. NUVEEN INFLATION PROTECTED I MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 95. OPPENHEIMER INTERNATIONAL DIV Y MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 96. ROYCE SPECIAL EQUITY INV MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 97. TCW EMERG MKTS INCOME I MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 98. TEMPLETON GLOBAL BD FD ADV MUTUAL FUND | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 99. VIRTUS INSIGHT EMERG MKTS I MUTUAL FUND | A | Dividend | K | T | Buy | 11/30/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1, Line 19, Part VII. Mandatory IRA withdrawal. IRA value and underlying holdings listed in Part VII, lines 13-15.

Note 2, Line 20, Part VII. Mandatory IRA withdrawal. IRA value and underlying holdings listed in Part VII, lines 16-18.

Note 3, Line 28, Part VII. Changed from Class B to Class A on June 2011. Inadvertently listed as Class B on 2011 Financial Disclosure Report.

Note 4, Line 68, Part VII. This Morgan Stanley Bank Money Market Account is now listed as Account #1 because Money Market Account #2 was opened on 11/16/2012 as shown on Line 85 in Part VII and explained in Note 5.

Note 5, Line 85, Part VII. Morgan Stanley Money Market Account #2 opened on 11/16/2012 to hold funds from sale of municipal bonds pending mutual fund investments shown on lines 86-99.

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 5/8/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George R. Anderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544